IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICKEY LYNN THOMPSON,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:13-cv-2616-O |
| **CAROLYN W. COLVIN,**<br>**Commissioner of Social Security,** | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the final decision of the Commissioner is **REVERSED** and this case is **REMANDED** for further proceedings consistent with this opinion.

**SO ORDERED** on this **30th day** of **September, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE